IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MELINDA SURRENCY**,<br><br>    Plaintiff,<br><br>    v.<br><br>**PERFORMANT RECOVERY, INC.**,<br>a California Corporation,<br><br>    Defendant. | Case No. 3:13-cv-00014-SI<br><br>**JUDGMENT** |

**Michael H. Simon, District Judge.**

This action was tried by a jury with Judge Michael H. Simon presiding. The jury has rendered a verdict. It is ordered that Plaintiff, Melinda Surrency, recover nothing, the action be dismissed on the merits, and Defendant, Performant Recovery, Inc., recover its costs from Plaintiff.

**IT IS SO ORDERED**.

DATED this 30th day of May 2014.

                                            /s/ Michael H. Simon
                                            Michael H. Simon
                                            United States District Judge